JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOHN BUSKER, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>WABTEC CORPORATION; MARK MARTIN; and DOES 1 through 100,<br>               Defendants. | Case № 2:15-cv-08194-ODW(AFMx)<br><br>**JUDGMENT** |

    On September 11, 2015, Plaintiff John Busker filed a Complaint against Defendants Wabtec Corporation and Mark Martin (collectively, "Defendants"), alleging causes of action for: (1) failure to pay minimum and overtime wages, (2) failure to pay prevailing wages on a public works project, (3) failure to provide accurate wage statements, (4) waiting time penalties under California Labor Code section 203, (5) unfair business competition, (6) declaratory relief, and (7) penalties pursuant to California Labor Code section 2699. (ECF No. 1-1.) On January 10, 2016, the Court granted Defendants' Motion for Summary Judgment. (ECF No. 65.)

    It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

    1.    Plaintiff John Busker shall recover nothing from Defendants, and his

claims against Defendants are dismissed on the merits and with prejudice; and

    2.    Defendants shall recover their costs from Plaintiff as evidenced by a Bill of Costs.

**IT IS SO ORDERED.**

January 10, 2017

                                                _____
                                                    **OTIS D. WRIGHT, II**
                                              **UNITED STATES DISTRICT JUDGE**